UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALBERTO MONTILLA,

                            Defendant.

------------------------------------x

ORDER

09 Crim. 195-14 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's request for appointment of counsel to determine whether to file a motion under 28 U.S.C. § 2255 or the First Step Act is DENIED, without prejudice. Should the Defendant file any such motion, this Court will consider whether to appoint counsel based on its review of such motion. The Clerk of Court is directed to mail a copy of this order to Defendant.

Dated: New York, New York
       June 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge