```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 14 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-                           ORDER

ALBERTO MONTILLA,              09 Crim. 195-14 (GBD)

                    Defendant.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendant's request for appointment of counsel "so that said counsel can make his/her determination whether they can legally proceed to file motions on [Defendant's] behalf" is DENIED. The Clerk of Court is directed to mail a copy of this order to Defendant.

Dated: New York, New York
       July 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge