UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALBERTO MONTILLA,

                             Defendant.

------------------------------------x

ORDER

09 Crim. 195-14 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the open motion at ECF No. 1065 (request for presentence investigation report) as moot, as Defendant's subsequent filing (ECF No. 1066-2) indicates Defendant has successfully obtained a copy of the report in question.

Dated: May 17, 2022
          New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge